AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA<br>v.<br>KENNETH B. FRIGO | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |
|---|---|
| | Case No. 11-po-00040-GJR |
| | USM No. |
| | Edward Nugent<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s) __Two (2)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two (2) | Defendant shall Refrain from Excessive Use of Alcohol | 06/24/2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __8737__

Defendant's Year of Birth: __1971__

City and State of Defendant's Residence:
Clifton, CO 81520

09/11/2012
Date of Imposition of Judgment

_(signature)_
Signature of Judge

Gudrun J. Rice        Magistrate Judge
Name and Title of Judge

09/13/2012
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT: KENNETH B. FRIGO
CASE NUMBER: 11-po-00040-GJR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Thirty (30) days imprisonment

☑ The court makes the following recommendations to the Bureau of Prisons:

Mesa County Jail, Grand Junction, Colorado

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☑ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL